McCauley & Weir, for appellant; Joslyn, Parker & Kell, for appellee; Charles S. Parker, Vette E. Kell, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed April 1, 1952; released for publication April 18, 1952.

## Lyon and Healy, Inc., Plaintiff-Appellee, v. Matchless Electric Company, Defendant-Appellant.

### Gen. No. 45,640.

Wilhartz & Hirsch, for appellant; Samuel E. Hirsch, Jack A. Diamond, and Warren Krinsky, of counsel; Bell, Boyd, Marshall & Lloyd, for appellee; Charles E. Herzog, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 2, 1952; released for publication April 16, 1952.